## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   EDCV 18-1075-GW (KS)                                    Date: October 1, 2018

Title      *Michael Anthony Hanford v. M.E. Spearman*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

|                Gay Roberson                |                 N/A                 |
| :----------------------------------------: | :---------------------------------: |
|                Deputy Clerk                |       Court Reporter / Recorder     |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 18, 2018, Petitioner, a California state prisoner proceeding *pro se*, filed a wholly unexhausted Petition for Writ of Habeas Corpus (the "Petition"). (Dkt. No. 1.)  On August 15, 2018, the Court stayed the action pursuant to *Rhines v. Weber*, 544 U.S. 269, 278 (2005) and ordered Petitioner to, within 30 days, file a habeas petition in the California Supreme Court and a Status Report in this Court.  (Dkt. No. 10.)  Accordingly, Petitioner's status report was due no later than September 14, 2018.  More than two weeks have now passed since Petitioner's deadline for complying with the Court's August 15, 2018 Order, and Petitioner has neither filed a status report nor otherwise communicated with the Court about his case.  Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** no later than October 22, 2018, why this case should not be dismissed for his failure to prosecute and comply with the Court's prior Order.

To discharge this Order and proceed with this action, Petitioner must file <u>one</u> of the following **on or before October 22, 2018**:

(1) a status report that includes the case number for the habeas petition that he filed in the California Supreme Court; or
(2) a request for a 30-day extension of time and a sworn declaration (not to exceed 3 pages) presenting a plausible and coherent explanation, supported by competent evidence whenever possible, for Petitioner's repeated failure to timely comply with this Court's orders.

Alternatively, if Petitioner no longer wishes to proceed with this case, he may file a signed document entitled "Notice of Dismissal" in which he requests the voluntary dismissal of this action with no further consequence.

## CIVIL MINUTES – GENERAL

Case No.   EDCV 18-1075-GW (KS)                          Date: October 1, 2018

Title      *Michael Anthony Hanford v. M.E. Spearman*

 

     **Petitioner is expressly cautioned that his failure to timely respond to this order may result in the Court vacating the stay *nunc pro tunc* and recommending dismissal of the action based on Local Rule 41-1 and Rule 41 of the Federal Rules of Civil Procedure.**

|                        |       |
| ---------------------- | ----- |
|                        |   :   |
| **Initials of Preparer** |  gr  |