JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MICHAEL ANTHONY HANFORD,** | ) | **NO. EDCV 18-1075-GW (KS)** |
| **Petitioner,** | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **M.E. SPEARMAN** | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  March 23, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE